UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

                - v -            :            **ORDER**

GEORGE TORRES,            :            06 Cr. 987-07 (DC)

             Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

        On February 21, 2024, the Court received a motion from Mr. Torres to amend his November 7, 2023 motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 of the Sentencing Guidelines. Dkt. 180; *see also* Dkt. 176. The Court denied the motion in a memorandum decision issued on February 14, 2024. Dkt. 179. Accordingly, Mr. Torres's motion to amend his motion for a sentence reduction is denied as moot. The Clerk of the Court is directed to send a copy of the decision (Dkt. 179) and the docket sheet to Mr. Torres at the address listed below.

        SO ORDERED.

Dated:    New York, New York
            March 8, 2024

                                                  DENNY CHIN
                                                  United States Circuit Judge
                                                  Sitting by Designation

To:     George Torres, 59491-054
          F.C.I. Terra Haute
          P.O. Box 33
          Terra Haute, IN, 47808