UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -v- | : | **ORDER** |
| GEORGE TORRES, | : | 06 Cr. 987-07 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

On February 21, 2024, the Court received a motion from Mr. Torres to amend his November 7, 2023 motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 of the Sentencing Guidelines. Dkt. 180; *see also* Dkt. 176. Because the Court had denied the November 7 motion in a memorandum decision issued on February 14, 2024, Dkt. 179, the Court denied Mr. Torres's motion to amend as moot. Dkt. 181.

On April 4, 2024, Mr. Torres filed the present motion for reconsideration of his amended motion, which includes an analysis of the factors set forth in § 3553(a). *See* Dkt. 182. But as discussed in the Court's February 14 order, Dkt. 179 at 4-5, Mr. Torres is not eligible for a sentence reduction under Amendment 821 of the Sentencing Guidelines, and accordingly, the Court need not consider the § 3553(a) factors. Mr. Torres has not, in his motion to amend or in the instant motion, identified a basis for suggesting that conclusion is wrong. The motion for reconsideration is therefore DENIED.

SO ORDERED.

Dated: New York, New York
April 5, 2024

DENNY CHIN
United States Circuit Judge
Sitting by Designation