

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2024

**VIA ECF**

The Honorable Denny Chin
United States Circuit Judge
United States Courthouse
40 Foley Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *United States v. Angel Martinez et al.*, 06 Cr. 987 (DC)

Dear Judge Chin:

The Government writes respectfully to request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. I am departing the U.S. Attorney's Office for other employment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Alex Rossmiller
Assistant United States Attorney
(212) 637-2415

Cc:   All counsel (via ECF)

APPROVED. The Clerk of the Court shall terminate the appearance of Alex Rossmiller in this case.

SO ORDERED.

USCJ
9-30-2024